IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LATASHA CAMPBELL, <br> for F.S., a minor child, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | 1:19CV299 |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. §636(b) and, on June 22, 2020, was served on the parties in this action. (ECF Nos. 14, 15.)

No objections were filed within the time prescribed by §636.

IT IS HEREBY ORDERED that Defendant's Motion, (ECF No. 14), is GRANTED, and that this action is DISMISSED.

This, the 15th day of July 2020.

/s/ Loretta C. Biggs
United States District Judge